UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STEVEN E. SNYDER,

                   Plaintiff,

       - against -

ADVEST, INC., et al.,

                   Defendants.
------------------------------------------------------------x

06 Civ. 1426 (RMB)

**ORDER OF DISCONTINUANCE**

       Based upon the parties having reached a settlement at the conference on November 24, 2008, it is hereby

       **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.

**SO ORDERED**.

Dated: New York, New York
           December 4, 2008

                                                      **Richard M. Berman, U.S.D.J.**